Joseph A. Henrich, Appellant, v. Gertrude Henrich, Respondent.— Judgment reversed upon the law and the facts, and judgment directed in favor of the

plaintiff for the relief asked for in the complaint. We are of the opinion that the facts shown entitled plaintiff to the judgment asked. Findings of fact and conclusions of law contrary to this decision are reversed and new findings and conclusions will be made in accordance therewith. Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ., concur. Settle order on notice.